**No. 39367.**—Protests 289406–G, etc., of Great Pacific Co. et al. (San Francisco).

Opinion by KEEFE, J. In accordance with stipulation of counsel the merchandise in question was held properly classifiable as follows: (1) palm fiber or palmyra stalks, free of duty under paragraph 1582, *American Push Broom & Brush Co.* v. *United States* (25 C. C. P. A. 248, T. D. 49391) followed; (2) the broken kernels of milled rice at one-half of 1 cent per pound under paragraph 727, *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) followed; and (3) sea grass at 20 percent under paragraph 1459, but as that claim was not made the protests were overruled as to that merchandise.